UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Bruce Meskill, as Trustee for the heirs
and next-of-kin of Howard V. Meskill,

                Plaintiff,

                                                Civ. No. 12-851 (RHK/JJG)
                                                **ORDER**

v.

GGNSC Stillwater Greeley LLC d/b/a
Golden Living Center Greeley,

                Defendant.

---

      Defendant's Motion to Compel Arbitration and Stay Proceedings (Doc. No. 7) will be heard by the undersigned, rather than the Magistrate Judge, on Wednesday, May 23, 2012, at 10:00 am in Courtroom 7A, Warren E. Burger Federal Building and United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota.  The following briefing schedule shall apply to the Motion:  Defendant's opening brief shall be served and filed on or before May 7, 2012, and Plaintiff's opposition brief shall be served and filed on or before May 14, 2012.  No reply will be permitted absent further Order of the Court.

Dated:  May 1, 2012                                                s/Richard H. Kyle
                                                                     RICHARD H. KYLE
                                                                     United States District Judge