✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Bruce Meskill, as Trustee for heirs and next-of-kin of Howard V. Meskill,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:  12-851 RHK/JJG

GGNSC Stillwater Greeley LLC, d/b/a
Golden LivingCenter – Greeley

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this action is **DISMISSED WITH PREJUDICE,** without costs to any party.

| | |
|---|---|
| September 25, 2013 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/A. Linner |
| | (By)          A. Linner   Deputy Clerk |